IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00104-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    DEVYN GRIGGS,

        Defendant.

---

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 10 - filed March 26, 2010), the status/scheduling hearing set **Monday, April 5, 2010 is VACATED**.

      A change of plea hearing regarding Defendant Griggs is set **Tuesday, May 4, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: March 31, 2010